UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD BLACK,

   Plaintiff,

  v.

CR CLICKS ECOMM, INC.,

   Defendant.

Case No. 23-cv-00624-RS

**ORDER TO SHOW CAUSE RE PRO HAC VICE ELIGIBILITY**

  Arun Ravindran, a member of the New York bar, who practices from an office in Florida, seeks admission *pro hac vice* to represent plaintiff in this matter. Civil Local Rule 11-3(c) provides that "an applicant is not eligible for permission to practice *pro hac vice* if the applicant . . . [i]s regularly engaged in the practice of law in the State of California." The local rules do not set a specific limit on the number of cases in which an attorney may appear *pro hac vice.* Ravindran, however, has appeared as counsel of record in no fewer than seven other cases in this district since September of 2022. Accordingly, in the event Ravindran wishes to pursue his application in this case, within one week from the date of this order he shall file papers showing cause why he should not be deemed to be regularly engaged in the practice of law in this state within the meaning of the rule.

**IT IS SO ORDERED**.

Dated:

_____
RICHARD SEEBORG
Chief United States District Judge

CASE NO. 23-cv-00624-RS

2